UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 17-7074-DMG (AGRx)** | Date June 6, 2018 |

| | |
|---|---|
| Title | *Board of Trustees of the Teamsters Multi-Benefit Trust Fund v. 2 Am Group Ontario Ca, LLC, et al.* |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

On May 22, 2018, the Court ordered Plaintiff to show cause in writing, no later than June 5, 2018, why the above-entitled action should not be dismissed failure to prosecute. To date, Plaintiff has not filed a response. On June 5, 2018, the Defendants 2 AM Group, LLC and A. Perry and Company, LLC filed its answer. [Doc. # 43.]

Accordingly, good cause appearing, the Court **DISMISSES** this action without prejudice as to Defendant 2 AM Group Aerospace, LLC, John J. Mack, and McColl Brothers Lockwood LLC only under Federal Rule of Civil Procedure 4(m) for failure to prosecute.

IT IS SO ORDERED.